NYCTL 1998-2 Trust et al., Plaintiffs, v Andrea Ellen Sack, Appellant, et al., Defendants. Guila Feinberg, Nonparty Respondent.

Submitted January 3, 2011; decided March 24, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

Louis F. Ortiz, Appellant, v Varsity Holdings, LLC, et al., Respondents.

Submitted February 22, 2011; decided March 24, 2011

Motion by New York State Trial Lawyers Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

The People of the State of New York, Respondent, v Jeffrey Aubrey, Appellant.

Submitted March 14, 2011; decided March 24, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.

The People of the State of New York, Respondent, v Rudy Hernandez, Appellant.

Submitted March 7, 2011; decided March 24, 2011

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 dismissed as untimely.